In the Matter of the Application of THE PORT OF NEW YORK AUTHORITY to Acquire Title to Certain Lands in the Borough of Manhattan, City, County and State of New York, for the Construction of an Interstate Vehicular Tunnel under the Hudson River, between the Borough of Manhattan, City and State of New York, and the Township of Weehawken, County of Hudson, State of New Jersey, Appellant, against SOLOMON & BERCK CO., INC., Respondent, Impleaded with Others.— Final order so far as appealed from modified by fixing the amount of the additional allowance awarded to the respondent Solomon & Berck Co., Inc., at the sum of $2,500, and as so modified affirmed, without costs. No opinion. Present — McAvoy, O'Malley, Townley and Glennon, JJ.

NEW YORK STEAM CORPORATION, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Merrell and McAvoy, JJ., dissent. [153 Misc. 493.]

ECONOMY HOLDING CORPORATION, Appellant, Respondent, v. THE CITY OF NEW YORK, Respondent, Appellant.— Judgment so far as appealed from affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Merrell and Untermyer, JJ., dissent and vote for reversal on defendant's appeal.

In the Matter of the Application of THE PORT OF NEW YORK AUTHORITY to Acquire Title to Certain Lands in the Borough of Manhattan, City, County and State of New York, for the Construction of an Interstate Vehicular Tunnel under the Hudson River, between the Borough of Manhattan, City and State of New York, and the Township of Weehawken, County of Hudson, State of New Jersey, Appellant, against PETER JOHMANN and Others, Respondents, and NICK ARMILLER and Others, Defendants.— Final order so far as appealed from modified by fixing the additional allowance at two per cent of the amount awarded, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — McAvoy, Merrell, O'Malley and Untermyer, JJ.

In the Matter of the Application of THE PORT OF NEW YORK AUTHORITY to Acquire Title to Certain Lands in the Borough of Manhattan, City, County and State of New York, for the Construction of an Interstate Vehicular Tunnel under the Hudson River, between the Borough of Manhattan, City and State of New York, and the Township of Weehawken, County of Hudson, State of New Jersey, Appellant, against MAGGIE M. HETTLER and Others, Respondents, and JOHN MULLER and Others, Defendants.— Final order so far as appealed from modified by fixing the additional allowance at two per cent of the amount awarded, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — McAvoy, Merrell, O'Malley and Untermyer, JJ.

CONLEW, INC., Appellant, v. HYMAN BARSKY and Another, Individually and as Copartners, etc., Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

EDNA M. E. BATES BAYLOR, Appellant, v. LONDON GUARANTEE & ACCIDENT COMPANY, LIMITED, OF LONDON, ENGLAND, Respondent. — Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Martin, P. J., and Merrell, J., dissent and vote for reversal and a new trial.